# Norris *v.* The State.

*Indictment for Carrying Concealed Pistol.*

.(Decided February 13, 1902.)

1. *Evidence as to defendant's ownership or possession of pistol; when immaterial.*—Where the evidence for the State tended to show that defendant carried a pistol concealed at a picnic about twelve or one o'clock, it is immaterial whether he owned a pistol or had one about his person at his home in the morning of that day.

APPEAL from Jackson Circuit Court.

Tried before Hon. J. A. BILBRO.

Indictment for carrying concealed pistol. The opinion states the facts.

MILO MOODY, for appellant, cited *Gaither v. State*, 89 Ala. 62.

CHARLES G. BROWN, Attorney-General, for the State.

DOWDELL, J.—Whether the defendant owned a pistol, or had one about his clothing, at his home in the morning of the day, that he went to a picnic, at which latter place, the evidence on the part of the State tended to show a carrying by him at about twelve or one oclock of the day, in violation of the law, was immaterial and irrelevant. The court committed no error in sustain-

ing the State's objection to the question calling for this evidence.—*Gaither v. State*, 89 Ala. 62. This is the only question presented for consideration. We find no error in the record and the judgment is affirmed.

Affirmed.